UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                     CASE NO. 09-71217-WJL13
                                                          CHAPTER 13

ROSARIO BOLOGNA
GIUSEPPA BOLOGNA                            JUDGE WILLIAM J. LAFFERTY

            DEBTORS                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, MARTHA G BRONITSKY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | 8006 | $908.67 | $908.67 | $1,180.49 |
| Total Amount Paid by Trustee | | | | $1,180.49 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 25th day of November, 2013.

ROSARIO BOLOGNA, GIUSEPPA BOLOGNA, 1916 LAS MONTANAS CT, BRENTWOOD, CA 94513

ELECTRONIC SERVICE - PATRICK L FORTE ATTY, 1 KAISER PLAZA #480, OAKLAND, CA 94612

JPMORGAN CHASE BANK, FIVE LAKES AGENCY INC, PO BOX 80730, ROCHESTER, MI 48308

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date: November 25, 2013 | /s/ MARTHA G BRONITSKY |
| | MARTHA G BRONITSKY |
| | Chapter 13 Trustee |
| | 6140 STONERIDGE MALL RD #250 |
| | PLEASANTON, CA 94588-4588 |